IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AV POLO RUN STEEPLECHASE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:15-CV-795-A |
| | § | |
| MICHIAL PATRICK, ET AL., | § | |
| | § | |
| Defendants. | § | |

FINAL JUDGMENT

In accordance with the court's order of even date herewith,

The court ORDERS, ADJUDGES, and DECREES that this action be, and is hereby, remanded to the Justice Court, Precinct 8, of Tarrant County, Texas, from which it was removed.

SIGNED November 5, 2015.

_____
JOHN McBRYDE
United States District Judge