IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AV POLO RUN STEEPLECHASE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:15-CV-795-A |
| | § | |
| MICHIAL PATRICK, ET AL., | § | |
| | § | |
| Defendants. | § | |

ORDER

Came on for consideration the motions of defendant Michial Patrick to reconsider and to strike plaintiff's motion to remand. The court, having considered the motions, the record, and applicable authorities, finds that the motions should be denied.

The court ORDERS that the motions to reconsider and to strike motion to remand be, and are hereby, denied.

SIGNED November 12, 2015.

JOHN McBRYDE
United States District Judge